CAUSE NUMBER: PD-1533&1534-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

JOHN KIRBY

V.

THE STATE OF TEXAS

RECEIVED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

NOV 1 8 2015

DORIAN E. RAMIREZ, CLERK
BY _____

From Appeals No. 13-14-00691-CR,

13-14-00692-CR

Trial Cause No. 13-CR-1711-G,

14-CR-2951-G

Nueces County

First Motion For Extention Of Time To File

Petition For Discretionary Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta. Clerk

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

FILED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Comes Now, John Kirby, Petitioner, and files this Motion for an extention of one hundred eighty (180) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 319th District Court of Nueces County, Texas of the offense of Driving While Intoxicated (DWI) in Cause No's 13-CR-1711-G and 14-CR-2951-G, styled State of Texas vs. John Kirby. The Petitioner appealed to the Court of Appeals, 13th District. The case was affirmed on September 1, 2015.

II.

The present deadline for filing the Petition for Discretionary

was October 1, 2015. The Petitioner has not requested any extention prior to this request.

## III.

Petitioner request for an extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until November 2, 2015, due to Unit transfers. Since that time Petitioner has been attempting to gain legal representation in the matter. His attorney on the appeal, Travis Berry, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing The Petition for Discretionary Review in Case No's. 13-CR-1711-G and 14-CR-2951-G to May 2l, 2015.

_____
Petitioner
Texas Department of
Criminal Justice
Stevenson Unit
TDCJ-ID #01968206
Cuero, Texas, 77954

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extention of time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Mark Skurka, at 901 Leopard Street, Room 206, Corpus Christi, Texas, 78401, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas, 78711 on this the 17th day of November, 2015.

_____
Petitioner

I, John Kirby, TDCJ #01968206, being presently incarcerated in the Stevenson Unit of the Texas Department of Criminal Justice in DeWitt County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.
Executed on this the 17th day of November, 2015.

_____
John Kirby
TDCJ #01968206

November 17, 2015

13th Court of Appeals
Dorian Ramirez, Clerk
901 Leopard Street, Room 902
Corpus Christi, Texas, 78401-3606

Dear Ms. Ramirez,
   Enclosed please find my Motion for Extension of Time to File
Petition for Discretionary Review. Please file this Motion and
bring it to the attention of the Court.
   Please date stamp a copy of this letter and return it to me
at my address shown below.
   I also request that you notify me of the Court's ruling on
my Motion.

                              Sincerely,

                              John Kirby, Defendant
                              TDCJ #01968206
                              Stevenson Unit
                              1525 FM 766
                              Cuero, Texas, 77954

RECEIVED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

NOV 18 2015

DORIAN E. RAMIREZ, CLERK
BY

John Kirby
TDCJ #01966206
Stevenson Unit
1525 FM 766
Cuero, Texas, 77954

CORPUS CHRISTI
TX 784 1 L
17 NOV 2015 PM

LEGAL MAIL

78401+3605

13th Court of Appeals
Dorian Ramirez, Clerk
901 Leopard Street, Room 902
Corpus Christi, Texas, 78401-3606

78401+3605

FOREVER